UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE W. JEAN-LOUIS, | ) |
| | ) |
| Plaintiff, | ) CASE NO. C12-0150-MJP-MAT |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| GOVERNOR OF WASHINGTON, *et al*., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff Joe Jean-Louis is a federal prisoner who is currently incarcerated at the United States Penitentiary in Terre Haute, Indiana. On January 27, 2012, plaintiff submitted to this Court for filing a complaint in which he alleges that the Governor of the State of Washington and the Mayor of the City of Seattle have been negligent in failing to develop realistic civil defense plans and in failing to build underground disaster shelters to protect the public from radiation. (*See* Dkt. No. 1.) Plaintiff failed to submit with his complaint either the $350 filing fee or an application for leave to proceed with this action *in forma pauperis*. The Clerk therefore sent plaintiff a letter advising him that he would have to submit either the entire filing fee, or an applications for *in forma pauperis* status, on or before February 27, 2012, and that his

REPORT AND RECOMMENDATION
PAGE -1

failure to do so could result in dismissal of this case. (Dkt. No. 3.) The Clerk also sent plaintiff the appropriate *in forma pauperis* application forms. (*See id*.) To date, plaintiff has submitted neither the filing fee nor an application for leave to proceed *in forma pauperis*.

As plaintiff has had ample time to comply with the filing fee requirement, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

DATED this 19th day of March, 2012.

Mary Alice Theiler
United States Magistrate Judge