___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 30 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOE W. JEAN-LOUIS,

    Plaintiff,

v.

GOVERNOR OF WASHINGTON, *et al.*,

    Defendants.

CASE NO. C12-0150-MJP

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 29th day of April, 2012.

MARSHA J. PECHMAN
Chief United States Magistrate Judge

ORDER OF DISMISSAL
PAGE 1